# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY FORD,<br><br>    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; MIDLAND FUNDING, LLC; and FREDERICK J. HANNA & ASSOCIATES, PC,<br><br>    Defendants. | Case No.: 13cv2824-MMA (MDD)<br><br>**ORDER RE: STIPULATION OF DISMISSAL**<br><br>[Doc. No. 20] |

On January 3, 2018, Plaintiff Ashley Ford and Defendants Midland Credit Management, Inc., Midland Funding, LLC, and Frederick J. Hanna & Associates, PC, jointly filed a stipulation of dismissal of the above-entitled matter with prejudice and without costs pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Doc. No. 20 at 1-2. Accordingly, this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is instructed to close this case.

**IT IS SO ORDERED**.

Dated: January 3, 2018

Hon. Michael M. Anello
United States District Judge